878

No. 340. INTERNATIONAL TYPOGRAPHICAL UNION, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted. *Gerhard P. Van Arkel* and *David I. Shapiro* for petitioners. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 388. VERRET ET AL. *v.* OIL TRANSPORT CO., INC., ET AL. C. A. 5th Cir. Certiorari granted limited to questions presented by the petition in connection with 46 U. S. C. § 185 and Admiralty Rule 51. *James J. Morrison, Arthur A. de la Houssaye* and *Raymond H. Kierr* for petitioners. *Eberhard P. Deutsch* for respondents.

No. 337. GINSBURG ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Gerson Askinas* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *George F. Lynch* for the United States.

No. 338. DOMINICAN REPUBLIC *v.* ROACH, TRADING AS RADIO NEWS SERVICE CORP. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioner.

No. 342. NELSON ET AL. *v.* SIERRA CONSTRUCTION CORP. Supreme Court of Nevada. Certiorari denied. *Morton Galane* for petitioners. *Madison B. Graves* for respondent.